```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 09518
   EUGENE PEAVY
   GERALDEAN PEAVY                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8715    SSN XXX-XX-9036

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/25/2007 and was confirmed 09/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC         .00               .00             .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC         .00               .00             .00
CHRYSLER CREDIT           UNSEC W/INTER         .00               .00             .00
OCWEN FEDERAL BANK        CURRENT MORTG         .00               .00             .00
CAPITAL ONE               UNSEC W/INTER      772.80               .00             .00
CITIBANK USA              UNSEC W/INTER NOT FILED                 .00             .00
CROSS COUNTRY BANK        UNSEC W/INTER NOT FILED                 .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      580.47               .00             .00
GINNYS                    UNSEC W/INTER      345.78               .00             .00
IL STATE DISBURSEMENT UN  UNSEC W/INTER NOT FILED                 .00             .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER NOT FILED                 .00             .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER NOT FILED                 .00             .00
MIDNIGHT VELVET           UNSEC W/INTER      202.12               .00             .00
PALISADES COLLECTIONS     UNSEC W/INTER NOT FILED                 .00             .00
PRESIDIO/CM               UNSEC W/INTER NOT FILED                 .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1910.91               .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      410.54               .00             .00
IL STATE DISBURSEMENT UN  DSO ARREARS       2309.99               .00         2309.99
IL STATE DISBURSEMENT UN  UNSEC W/INTER NOT FILED                 .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED     NOT FILED                 .00             .00
ILLINOIS ATTORNEY GENERA  NOTICE ONLY   NOT FILED                 .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,354.00                          2,170.72
TOM VAUGHN                TRUSTEE                                               330.04
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,810.75

PRIORITY                                      2,309.99

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09518 EUGENE PEAVY & GERALDEAN PEAVY
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,170.72
TRUSTEE COMPENSATION                                              330.04
DEBTOR REFUND                                                        .00
                                       ----------------   ----------------
TOTALS                                         4,810.75           4,810.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```